

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00741-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: November 20, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 22, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011PB000081L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., an Incapacitated Person*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.